IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANK EDWIN FELLER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3117 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL McCARTHY and N-ZONE BAR & GRILL, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion.  On October 30, 2007, the Court entered an order dismissing claims and directing plaintiff to file an amended complaint no later than November 26, 2007 (Filing No. 16).  The Court advised plaintiff that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice (*Id.* at p. 9).  Plaintiff has not filed an amended complaint or any other response.  Accordingly,

IT IS ORDERED that this matter is dismissed without prejudice.

DATED this 16th day of January, 2008.

BY THE COURT:

/s/ Lyle E.  Strom
_____
LYLE E.  STROM, Senior Judge
United States District Court